# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NKOSI CHAMBERLAIN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-0425-CG-N ) |
| STATE OF ALABAMA, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 25, 2017 is **ADOPTED** as the opinion of this Court. Accordingly, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama (Northern Division). The Clerk of Court is directed to take the necessary steps to effect such transfer.

**DONE and ORDERED** this 20th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE